UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK CLAYTON,

    Petitioner,                                          Civil Action No. 08-CV-12986

vs.                                                    HON. BERNARD A. FRIEDMAN

BLAINE LAFLER,

    Respondent.

_____/

## ORDER TRANSFERRING PETITIONER'S MOTION TO VACATE JUDGMENT TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

This matter is presently before the Court on petitioner's motion to vacate judgment [docket entry 61]. As this motion appears to be a second or successive habeas petition, it shall be transferred to the court of appeals pursuant to *In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997).

SO ORDERED.

Dated: October 15, 2014
      Detroit, Michigan

                                      S/ Bernard A. Friedman__
                                      BERNARD A. FRIEDMAN
                                      SENIOR UNITED STATES DISTRICT JUDGE